IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRENDA M. PENA,

    Applicant,

v.                                                           No. CIV 09-666 JB/RHS

MARILYNN J. CRELIER,
Tribal Court Judge of the
Pueblo of San Ildefonso,

    Respondent.

## ORDER OF DISMISSAL

Having considered Applicant Brenda M. Pena's request that her Application for a Writ of Habeas Corpus pursuant to 25 U.S.C. § 1303 be dismissed, <u>see</u> Docs. 8 and 9, the Court dismisses the civil proceeding pursuant to rule 41 of the Federal Rules of Civil Procedure.

_____
UNITED STATES DISTRICT JUDGE